UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>TODD C. KENNEDY, as Corporate Officer of APPROVED ESCROW, INC.,<br><br>      Defendant. | No. 12-mc-5013 BHS/KLS<br><br>REPORT AND RECOMMENDATION REGARDING WITHDRAWAL OF PETITION TO ENFORCE SUMMONS |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Petitioner filed a notice of withdrawal of its petition to Enforce Internal Revenue Service Summons (ECF 13) and requested the court to enter an order dismissing this matter.

After reviewing the notice of withdrawal, the undersigned recommends that the Court enter an order granting the request of the United States of America to withdraw its petition and that the case be dismissed.

A proposed order accompanies this Report and Recommendation.

DATED this 9th day of August, 2012.

               /s/ Karen L. Strombom
               Karen L. Strombom
               United States Magistrate Judge

REPORT AND RECOMMENDATION
RE WITHDRAWAL OF PETITION - 1