1

2

3 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
4 AT TACOMA

5

6 UNITED STATES OF AMERICA,                    No. 12-mc-5013 BHS/KLS

7                         Plaintiff,           REPORT AND RECOMMENDATION
     v.                                        REGARDING WITHDRAWAL OF
8                                              PETITION TO ENFORCE SUMMONS
   TODD C. KENNEDY, as Corporate Officer of
9 APPROVED ESCROW, INC.,

10                       Defendant.

11

12         This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

13 § 636(b)(1)(B).  The Petitioner filed a notice of withdrawal of its petition to Enforce Internal

14 Revenue Service Summons (ECF 13) and requested the court to enter an order dismissing this

15

16 matter.

17         After reviewing the notice of withdrawal, the undersigned recommends that the Court

18 enter an order granting the request of the United States of America to withdraw its petition and

19 that the case be dismissed.

20         A proposed order accompanies this Report and Recommendation.

21         DATED this 9th day of August, 2012.

22

23

24                                             Karen L. Strombom
                                               United States Magistrate Judge
25

26

REPORT AND RECOMMENDATION
RE WITHDRAWAL OF PETITION - 1