UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>TODD C. KENNEDY, as Corporate Officer of APPROVED ESSCROW, INC.,<br><br>      Defendant. | No. 12-mc-5013 BHS/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom recommending that the request of the Petitioner to have its Petition to Enforce Internal Revenue Service Summons be withdrawn and the case dismissed (ECF 14) be GRANTED.  It therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED.

(3) This case is hereby DISMISSED.

DATED this 10th day of August, 2012

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION  - 1